**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00464-CV**
_____

**IN THE INTEREST OF H.M.**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CV1712144**

**ORDER**

Counsel for appellant, A.S., requested access to a sealed volume of the reporter's record. The appellee has previously been allowed access to this volume of the record.

It is, therefore, ORDERED that Keaton Kirkwood, counsel on appeal for the appellant, be allowed to personally inspect and view volume 3 of the reporter's record which the trial court sealed. Appellate counsel may personally inspect and view the sealed record at the Ninth Court of Appeals, Jefferson County Courthouse, 1085 Pearl Street, Suite 330, Beaumont, Texas, by appointment during the Court's

1

regular business hours, or in the 75th District Court of Liberty County, Texas, by appointment with the trial court clerk. The trial court and the clerk shall assist the Court in ensuring that appellate counsel can personally inspect the record. No images or copies may be made of any sealed document.

ORDER ENTERED February 11, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.